

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 17, 2009**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MOHAMMAD GHARBI AND FATIMA GHARBI, | § | CASE NO. 08-11023-CAG |
| | § | |
| DEBTORS | § | CHAPTER 7 |
| | § | |
| CENTURY 21 REAL ESTATE, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| v. | § | ADVERSARY NO. 08-1099 |
| | § | |
| MOHAMMAD GHARBI, | § | |
| | § | |
| DEFENDANT. | § | |

**ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR THE DEFENDANT**

On this date came on to be considered the above styled and numbered adversary proceeding. The Court takes notice of the proceedings on the record on April 27, 2009 and August 4, 2009 in the Defendant's bankruptcy case on the motion for withdrawal as counsel filed by the Defendant's attorney Joseph D. Martinec, and the motion for reconsideration of the

order granting that request filed by Maryam Gharbi allegedly on behalf of the Defendant. At those hearings, the Court found and ruled that Mr. Martinec and the firm of Martinec, Winn, Vickers & McElroy, P.C. should be permitted to withdraw from their representation of the Defendant not only in his bankruptcy case but also in this consolidated adversary proceeding. The Court therefore finds that entry of the following order is appropriate.

IT IS, THEREFORE, ORDERED that Joseph D. Martinec and the firm of Martinec, Winn, Vickers & McElroy, P.C. shall and hereby are permitted to withdraw from their representation of the Defendant in this consolidated adversary proceeding, effective as of May 5, 2009, the entry of the order permitting their withdrawal from the bankruptcy case.

# # #